1  REIDUN STRØMSHEIM # 104938
   STROMSHEIM & ASSOCIATES
2  201 California Street, Suite 350
   San Francisco, California 94111
3  Telephone:    (415) 989-4100
   Fax:          (415) 989-2235
4  rstromsheim@stromsheim.com

5  Attorneys for Trustee,
   MARC DEL PIERO

6

7

8

9                  UNITED STATES BANKRUPTCY COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  In re:                                Case No. 10-58623 SLJ

13  STEVEN JAMES SHERWOOD and             Chapter 7
    STEPHANIE LYNN SCOTT
14  aka Stephanie Scott-Piper

15  SSN xxx xx1403
        xxx xx 503
16

17            Debtors

18        APPLICATION TO EMPLOY COUNSEL BY TRUSTEE

19  TO THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY JUDGE:

20        Marc Del Piero ("Trustee"), trustee of the above referenced bankruptcy estate, respectfully

21  requests an order authorizing the employment of counsel and, in support thereof, represents as

22  follows:

23        1.      An Order for relief under Chapter 7 of Title 11 of the United States Code was

24  entered herein pursuant to a voluntary petition filed by the Debtors on August 19, 2010, and Marc

25  Del Piero is the duly appointed, qualified and acting trustee of the Debtors' estate.

26        2.      The Trustee requires the legal services of counsel to assist him in the

27  administration of this case with respect to the following matters:

28              (a)      To investigate and seek recovery of post-petition inheritance;

(b)  To investigate, and if warranted, file objections to Debtors' amended claims of exemption;

(c)  If the Trustee requests, investigate and file objection to claims; and

(d)  To perform such other services as may reasonably be required during the progression of the case.

3.  The Trustee has conferred with and desires to retain and employ Stromsheim and Associates as his attorneys to perform the above described services which may be necessary and desirable in the administration of the Debtors' estate, effective as of the first date services commenced, on November 10, 2010.  The law firm is employed on an hourly basis with reasonable compensation to be paid as allowed by the Court after notice and hearing. The current hourly rates are set forth on page 4 hereof, and the law firm is to be reimbursed for expenses it incurs in representing the Trustee.  The firm's billing rates are subject to change from time to time as circumstances warrant.

4.  The firm has agreed that for the potential avoidance claims pursued under Bankruptcy Code § 544 through 551, whether or not a lawsuit is filed, the firm is willing to accept employment on a contingency fee basis. The terms of the contingency agreement are as follows:

The fee for the pursuit of the avoidance action shall be 1/3 of the recovery, plus reimbursement of all actual and necessary costs incurred in the investigation of, and pursuit of the claim; however, in the event that a lawsuit is filed and settled within eight days of the trial date, the contingency shall be 40% of the recovery, and in the event that the lawsuit results in a judgment, the contingency shall be 45% of the recovery.

No investigation has been undertaken by the attorneys at this point, no contact has been made by the attorneys with any transferees or the Debtors; there are no funds in the estate; the Trustee has made no demand for a turnover of funds, and the Trustee is not currently aware that any voidable transfer has been made.

The attorneys have agreed to be employed on a contingency basis in all cases of this Trustee where there are the type of possible claims as  indicated above. The attorneys will not

STROMSHEIM & ASSOCIATES

selectively chose one case for contingency fees, and another on an hourly basis, and the attorneys will keep contemporaneous time records for all types of services, including those that are contingency fee based.

If the pursuit of the transfers causes the Debtors to file a conversion to Chapter 13, 11 or a motion for a dismissal of the case, counsel has agreed to present a claim for the hourly fee only, provided that the hourly fees are less than would be a contingency fee award.

Any other legal services that will be necessary in the case shall be compensated on an hourly basis.

5.     The Trustee has selected the law firm because of the extensive experience and knowledge of its members in the field of bankruptcy, insolvency and debtor's and creditor rights and believes that the law firm is well qualified to represent him in the case.

6.     To the best of the Trustee's knowledge, the members and associates of Stromsheim & Associates do not have any connection with the Trustee, the Debtors, their creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, and represent no interest adverse to the estate in matters upon which it is to be retained.

7.     This is the entire agreement of the parties and there is no separate employment agreement.

WHEREFORE, the Trustee requests the entry of an order authorizing him to employ Stromsheim & Associates at the expense of the estate, to represent him in this Chapter 7 case.
DATED: November 10, 2010.


                                    By    /s    Marc Del Piero
                                    TRUSTEE in In re Sherwood

# CURRENT BILLING RATES

**Attorney**                                                    Rate

Reidun Stromsheim                                      $495

Joanne M. LaFreniere                                   $375

Johnson C. W. Lee                                        $220

**Of Counsel**

Linda Sorensen                                             $470